# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et. al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GUILIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et. al.*,<br><br>               Plaintiff,<br><br>               v.<br><br>UNITED FURNITURE INDUSTRIES, INC.; FIRST-CITIZENS BANK & TRUST COMPANY d/b/a THE CIT GROUP,<br><br>             Defendants. | Adv. Proc. No. 22-50227 (CSS) |

**ORDER APPROVING STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of the *Stipulation Extending Time to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation")[2]; and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

[2] Capitalized terms not defined herein are defined in the Certification.

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. United Furniture shall have through and including May 4, 2022, to answer, move or otherwise respond to the Complaint.

3. Except as specifically set forth herein, all rights, claims and defenses of the parties shall be fully preserved.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: March 30th, 2022**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**